UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MARCUS D. MAYS #218101,

               Plaintiff,                             Case No.  2:17-CV-95

v.

                                             HON. GORDON J. QUIST

UNKNOWN PERALA, et al.,

               Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On May 29, 2018, Magistrate Judge Greeley issued a Report and Recommendation recommending that the Court grant in part and deny in part Defendants' motion for partial summary judgment based on Plaintiff's failure to exhaust his administrative remedies.  In particular, the magistrate judge recommended that the Court grant the motion as to Plaintiff's claims against Defendant Corrigan and deny the motion as to the claims against Defendant Perala.  No objections have been filed pursuant to 28 U.S.C. § 636(b).  Therefore the Court will adopt the Report and Recommendation.

Therefore,

**IT IS HEREBY ORDERED** that the May 29, 2018, Report and Recommendation (ECF No. 33) is **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motion for Partial Summary Judgment Based on Plaintiff's Failure to Exhaust Administrative Remedies (ECF No. 15) is **GRANTED IN PART AND DENIED IN PART**.  The motion is **granted** with regard to Plaintiff's claims against Defendant Corrigan, which are **dismissed with prejudice**.  The motion is **denied** as to Plaintiff's claims against Defendant Perala.

Dated:  June 21, 2018                                 /s/ Gordon J. Quist
                                                 GORDON J. QUIST
                                         UNITED STATES DISTRICT JUDGE